UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TERRY GORDON,

        Plaintiff,

    v.

STANFORD MEDICAL CHIEF, et al.,

        Defendants.

Case No. 20-cv-01591-VKD

**ORDER OF REASSIGNMENT TO A DISTRICT JUDGE**

Plaintiff Terry Gordon, a state prisoner proceeding pro se, filed this civil rights action against various defendants for "emotional distress and physical harm" incurred during transport from Stanford Hospital to the Santa Rita Jail. Dkt. No. 1 at 3–4. Mr. Gordon names the chief of Stanford Hospital as a defendant, but he does not allege facts sufficient to state a cognizable claim against this private citizen.

All named parties, including unserved defendants, must consent to magistrate judge jurisdiction before a magistrate judge may hear and decide a case. *See* 28 U.S.C. § 636(c)(1); *Williams v. King*, 875 F.3d 500, 501–04 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). As it appears that this case requires a decision that disposes of the claims against at least one defendant at this time, and because not all parties have consented to magistrate judge jurisdiction, the matter must be reassigned to a district judge.

Accordingly, the Clerk of the Court shall reassign this case to a district judge pursuant to

///

///

the Court's assignment plan.

**IT IS SO ORDERED.**

Dated: August 4, 2020

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge